UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Danielle Wellington, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br> v.<br><br>Empower Federal Credit Union, DOES 1 Through 5,<br><br>       Defendants. | Civil Action No: 5:20-cv-01367-DNH-ML |

**ORDER REGARDING SCHEDULE OF SETTLEMENT**

  The Court, having considered the parties' status report regarding the settlement and request to reissue deadlines concerning the settlement, rules as follows:

  1. Defined terms in this Order shall have the same meaning as the Court's prior order Granting Preliminary Approval of the Class Action Settlement and Certification of the Class, ECF No. 67 ("PA Order").

  2. The parties have resolved their differences regarding class data and notice discussed in their briefing regarding Plaintiffs' Motion to Enforce the Settlement Agreement. The Motion is now moot.

  3. For the purposes stated and defined in the Settlement Agreement, the relevant dates and deadlines shall be set as follows:

   (a) Within thirty days of the date of this Order, the Claims Administrator shall send notice and the website must go live;

(b) Thirty days after the Claims Administrator sends Notice shall be the last day to opt out;

(c) Thirty-five days after the Claims Administrator sends Notice shall be the date on which the motion for final approval and attorneys' fees is filed with the Court;

(d) Fifteen days after the motion for final approval is filed shall be the last day on which to object;

(e) Ten days after the last day on which to object shall be the last day to file responses to any objections;

(f) Ten days after the last day on which to object shall be the date on which class counsel and defendants file replies in support of the motion for final approval and fees;

(g) Twenty days after the last day to object shall be the date on which the Court holds a final approval hearing;

(h) Thirty days after the time to cash checks has expired shall be the date on which the Claims Administrator shall file a final report;

4. All other terms of the Court's PA Order remain in place.

Good cause appearing therefore, IT IS SO ORDERED.

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 03-08-2023