**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Danielle Wellington, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Empower Federal Credit Union, DOES 1 Through 5,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br><br>Case No: 5:20-cv-01367-DNH-ML |

**PLAINTIFFS DANIELLE WELLINGTON AND DIANNA CONLEY'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Danielle Wellington and Dianna Conley hereby move this Honorable Court for entry of an Order to: (1) granting final approval of the class action settlement; (2) granting final certification of the Settlement Class; (3) granting Plaintiffs' request for attorney's fees and costs; (4) granting Plaintiffs' request for approval of class administrator expenses; and (5) granting Plaintiffs' request for a service award to the class representatives, together with such other and further relief as the Court may deem just and proper.

This motion is supported by the accompanying Memorandum of Points and Authorities, the Declaration of Elaine S. Kusel, the Declaration of Joseph Marchese, the Declaration of Arthur Olsen, the Declaration of Danielle Wellington, the Declaration of Dianna Conley, the Declaration of Zachary Cooley of KCC, and all other documents and papers on file in this action,

1

and such other materials as may be presented before or at the hearing on this motion, or as this

Honorable Court may allow. This motion shall be returnable on June 26, 2023 at 10:30 a.m.,

before the Honorable David N. Hurd, United States District Judge, Alexander Pirnie Federal

Bldg. and U.S. Courthouse, 10 Broad Street, Utica, NY 13501, or on a date that is convenient for

the Court.

Dated: May 12, 2023                              Respectfully Submitted,


By:  /s/ *Elaine S. Kusel*_____
Elaine S. Kusel, Esq., N.D.N.Y. Bar No. 702297
esk@mccunewright.com
**McCune Law Group, McCune Wright Arevalo**
**Vercoski Kusel Weck Brandt, APC**
One Gateway Center, Suite 1500
Newark, NJ 07102
Telephone: (973) 888-1203
Facsimile:  (909) 557-1275

Richard D. McCune, Esq., CA Bar No. 132124
(*pro hac vice*)
rdm@mccunewright.com
**McCune Law Group, McCune Wright Arevalo**
**Vercoski Kusel Weck Brandt, APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
Facsimile:  (909) 557-1275

*Attorneys for Plaintiff Danielle Wellington,*
*and the Class*

**Bursor & Fisher, P.A.**
Joseph I. Marchese
888 Seventh Ave.
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

*Attorney for Plaintiff Dianna Conley and the Class*