**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ )<br>Danielle Wellington, Individually and on Behalf )<br>of All Others Similarly Situated, )<br> )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>Empower Federal Credit Union, DOES 1 Through )<br>5, )<br> )<br> )<br>Defendants. )<br>_____ ) | Civil Action<br><br>Case No: 5:20-cv-01367-DNH-ML |

<u>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**</u>
<u>**APPROVAL OF ATTORNEYS' FEES AND COSTS; ADMINISTRATOR FEES;**</u>
<u>**AND CLASS REPRESENTATIVE SERVICE AWARDS**</u>

The Court, having considered the parties' submissions, and upon calling the case

in open Court on June 26, 2023, with no objections being heard, rules as follows:

1. The Court GRANTS Final Approval of the settlement reached between

   the parties as set forth in their Settlement Agreement;

2. The Litigation is DISMISSED with prejudice;

3. The Court will retain jurisdiction over this action to enforce the settlement;

4. Plaintiffs' requests for attorneys' fees is GRANTED and Class Counsel is awarded $948,812;

5. Plaintiffs' requests for litigation costs is GRANTED;

6. Plaintiffs' request for reimbursement of claims administration costs to KCC LLC is GRANTED;

7. Plaintiffs Danielle Wellington and Dianna Conley's request for a class representative

service award of $10,000 each is GRANTED; and

8.   The parties are to submit a candidate for *cy pres* distribution within 30 days of this Order.

IT IS SO ORDERED.

Dated: June 27, 2023

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

06-27-2023
Dated: _____

2