# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Danielle Wellington, Dianna Conley**
      Plaintiff(s)

vs.                                            **CASE NUMBER: 5:20-cv-1367**

**Empower Federal Credit Union, Does 1 through 5**
      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; APPROVAL OF ATTORNEY'S FEES AND COSTS; ADMINISTRATOR FEES; AND CLASS REPRESENTATION SERVICE AWARDS Motion to Certify Class. 1. The Court GRANTS Final Approval of the settlement reached between the parties as set forth in their Settlement Agreement; 2. The Litigation is DISMISSED with prejudice; 3. The Court will retain jurisdiction over this action to enforce the settlement; 4. Plaintiffs requests for attorneys fees is GRANTED and Class Counsel is awarded $948,812; 5. Plaintiffs requests for litigation costs is GRANTED; 6. Plaintiffs request for reimbursement of claims administration costs to KCC LLC is GRANTED; 7. Plaintiffs Danielle Wellington and Dianna Conleys request for a class representative service award of $10,000 each is GRANTED; and 8. The parties are to submit a candidate for cy pres distribution within 30 days of this Order.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated June 27 2023 .

DATED: June 27, 2023

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk